FILED

11 JAN -4 AM 10:33

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

_____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 02CR1033 |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL OF COMPLAINT AND RECALL OF ARREST WARRANT |
| CANDELARIO CALDERON-SANCHEZ, | |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the indictment in Case No. 02CR1033 be dismissed without prejudice.

IT IS SO ORDERED.

DATED: 1/3/11

_____
HONORABLE L. JAMES LORENZ
United States District Judge

Presented by:

LAURA E. DUFFY
United States Attorney

_____
JILL L. BURKHARDT
Assistant U.S. Attorney

2